## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| WILLIE CONYERS and ERICA CONYERS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| AMALIER CONZAGUE-MONTIJ and | : | NO. |
| NATIONAL FREIGHT, INC. | | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)   Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.                                         ( )

(b)   Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits                                         ( )

(c)   Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.                                         ( X )

(d)   Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.                                         ( )

(e)   Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)                                         ( )

(f)   Standard Management – Cases that do not fall into any one of the other tracks.                                         ( )

| | | |
|---|---|---|
| 5/14/13 | Mitchell S. Berger, Esquire | Amalier Gonzague-Montij and National Freight, Inc. |
| **Date** | **Attorney-at-Law** | **Attorney for** |
| (215) 564-3800 | (215) 564-1301 | berger@ryanbrown.com |
| **Telephone** | **Fax Number** | **E-Mail Address** |

(Civ. 660) 10/02

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA** — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __8122 Williams Avenue, Philadelphia, PA 19150__

Address of Defendant: __Amalier Gonzague-Montij, 301 Fordney St., Fall River, MA - National Freight, Inc., 71 West Park Avenue, Vineland NJ 08360__

Place of Accident, Incident or Transaction: __On I-84 in Tolland, CT at or near Exit 68__
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))      Yes☐  No☒

Does this case involve multidistrict litigation possibilities?      Yes☐  No☒

*RELATED CASE, IF ANY:*

Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
      Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
      Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
      Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
      Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
     (Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☒ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
     (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I,_____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____
                                          Attorney-at-Law                              Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __May 14, 2013__    __Mitchell S. Berger, Esquire__    __62004__
                                          Attorney-at-Law                              Attorney I.D.#

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| WILLIE CONYERS AND ERICKA CONYERS | NATIONAL FREIGHT, INC. AMALIER GONZAGUE-MONTIJ |

**(b)** County of Residence of First Listed Plaintiff   Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Cumberland (NJ)
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kevin Kelly, Esquire, 1700 Market Street
Philadelphia, PA 19103  (215) 972-1500

Attorneys *(If Known)*
Mitchell S. Berger, Esquire - 1600 Market Street
Philadelphia, PA 19103  (215) 564-3800

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product       Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability / ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &       Pharmaceutical | | ☐ 820 Copyrights | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander       Personal Injury | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'       Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability / ☐ 368 Asbestos Personal | | | Corrupt Organizations |
| Student Loans | ☐ 340 Marine       Injury Product | | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| (Excl. Veterans) | ☐ 345 Marine Product       Liability | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability **PERSONAL PROPERTY** | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability / ☐ 380 Other Personal | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal       Property Damage | Leave Act | | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury / ☐ 385 Property Damage | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury -       Product Liability | ☐ 791 Empl. Ret. Inc. | | Act |
| | Med. Malpractice | Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate | | or Defendant) | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting       Sentence | | ☐ 871 IRS—Third Party | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment       **Habeas Corpus:** | | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ / ☐ 530 General | | | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Employment / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | |
| | ☐ 446 Amer. w/Disabilities - / ☐ 555 Prison Condition | Alien Detainee | | |
| | Other / ☐ 560 Civil Detainee - | (Prisoner Petition) | | |
| | ☐ 448 Education       Conditions of | ☐ 465 Other Immigration | | |
| | Confinement | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C.A. Section 1332
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 05/14/2013 | Mitchell S. Berger |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIE CONYERS : CIVIL ACTION
    and :
ERICA CONYERS. H/W :
 : NO.
    v. :
 :
AMALIER GONZAGUE-MONTIJ :
    and :
NATIONAL FREIGHT, INC. :

## NOTICE OF REMOVAL

Defendants Amalier Gonzague-Montij and National Freight, Inc., by their counsel, Ryan,

Brown, Berger & Gibbons, P.C., hereby submit this Notice of Removal and in support thereof

state as follows:

1.    This action, originally filed in the Court of Common Pleas, Philadelphia County,

April Term, 2013, No. 003595, stems from an alleged December 14, 2011 motor vehicle

accident.  A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A."

2.    Plaintiffs filed this litigation in the Philadelphia Court of Common Pleas and

requested damages in excess of $50,000.  See Exhibit "A."

3.    In the Complaint Plaintiff Willie Conyers alleges that as a result of the incident he

sustained severe bodily injuries including, but not limited to, cervical sprain and strain; thoracic

sprain and strain; myofascitis of the trapezii; lumbosacral sprain and strain with disc protrusions

at L4-L5 and L5-S1; post traumatic cephalgia; multiple bruises, lacerations and abrasions,

together with a severe shock to his nervous system, some or all of which may be permanent in nature and, as a result, the Plaintiff has suffered and continues to suffer pain and inconvenience as a result of these injuries.   See Exhibit "A."

4.      Plaintiff further alleges that he has been obliged to receive and under medical attention and care and to incur various expenses for same and he may be obliged to continue to undergo such medical care and to incur such expenses for an indefinite time in the future.   See Exhibit "A."

5.      As a further result of the foregoing, Plaintiff alleges that he has suffered, and will continue to suffer, a severe loss of his earnings and/or impairment of earning capacity or power, which loss and/or impairment has or may exceed the sum recoverable under the limitations in the Pennsylvania Financial Responsibility Law.  See Exhibit "A."

6.      Plaintiff further alleges that he has suffered in the past, and will continue to suffer in the future, excruciating and agonizing pains, aches, mental anguish, humiliation, disfigurement and limitation and restriction of his usual duties, pursuits and pleasures.

7.      Jurisdiction is proper under 28 U.S.C.A. §1332, as Plaintiff is a citizen of Pennsylvania, Defendant National Freight, Inc. is a corporation in the State of New Jersey and Defendant Amalier Gonzague-Montij is alleged to be a citizen of Massachusetts and, upon information and belief, Plaintiffs alleged damages, if proven, are in excess of $75,000.

- 2 -

WHEREFORE, Defendants National Freight, Inc. and Amalier Gonzague-Montij

respectfully request that Plaintiffs' action be removed to this Court.

Respectfully submitted,

RYAN, BROWN, BERGER & GIBBONS, P.C.

By_____

     Mitchell S. Berger
     Attorney for Defendants
     Amalier Gonzague-Montij and
     National Freight, Inc.
     Attorney I.D. No. 62004

     1600 Market Street, 14th Floor
     Philadelphia, PA   19103-7240
     (215) 564-3800
     (215) 564-1301 (Fax)
     berger@ryanbrown.com.

Date:_____

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Removal was forwarded via

facsimile to:

Kevin P. Kelly, Esquire
1700 Market Street, Suite 3112
Philadelphia, PA 19103


RYAN, BROWN, BERGER & GIBBONS, P.C.

By_____
Mitchell S. Berger

Dated: 5|14|13

- 4 -

# EXHIBIT "A"

NFI   21161745
Zurich   451005389

Court of Common Pleas of Philadelphia County
Trial Division

## Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**APRIL 2013**

E-Filing Number: 1304041173

**003595**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| WILLIE CONYERS | AMALIER GONZAGUE-MONTIJ |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 8122 WILLIAMS AVENUE PHILADELPHIA PA 19150 | 301 FORDNEY STREET FALL RIVER MA |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ERICKA CONYERS | NATIONAL FREJGHT, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 8122 WILLIAMS AVENUE PHILADELPHIA PA 19150 | 71 WEST PARK AVENUE VINELAND NJ 08360 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 2 | [X] Complaint   [ ] Petition Action   [ ] Notice of Appeal |
| | | [ ] Writ of Summons   [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less | [ ] Arbitration | [ ] Mass Tort | [ ] Commerce | [ ] Settlement |
| [X] More than $50,000.00 | [X] Jury | [ ] Savings Action | [ ] Minor Court Appeal | [ ] Minors |
| | [ ] Non-Jury | [ ] Petition | [ ] Statutory Appeals | [ ] W/D/Survival |
| | [ ] Other: | | | |

CASE TYPE AND CODE

2V - MOTOR VEHICLE ACCIDENT

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| **FILED PRO PROTHY** APR **24** 2013 **J. OSTROWSKI** | YES      NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>WILLIE CONYERS , ERICKA CONYERS</u>
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| KEVIN P. KELLY | 1700 MARKET STREET SUITE 3112 PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)972-1500 | (215)972-8217 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 28306 | kkelly@kellyherronlaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| KEVIN KELLY | Wednesday, April 24, 2013, 10:21 am |

FINAL COPY (Approved by the Prothonotary Clerk)

THIS IS NOT AN ARBITRATION MATTER
ASSESSMENT OF DAMAGES HEARING IS NOT REQUIRED
JURY TRIAL IS DEMANDED

**KELLY & HERRON, P.C.**
BY: KEVIN P. KELLY, Esquire
ATTORNEY I.D. No: 28306
1700 Market Street, Suite 3112
Philadelphia, PA 19103-3914
(215) 972-1500

*Filed and Attested by*
*PROTHONOTARY*
*24 APR 2013 10:21 am*
*V. OSTROWSKI*

Attorney for Plaintiff

**WILLIE CONYERS and**
 **ERICKA CONYERS, H/W**
8122 Williams Avenue
Philadelphia, PA  19150

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS

vs.

TERM,  2013

**AMALIER GONZAGUE-MONTIJ**
301 Fordney Street
Fall River, MA
and
**NATIONAL FREIGHT, INC.**
71 West Park Avenue
Vineland, NJ  08360

NO.

## COMPLAINT IN CIVIL ACTION
### 2V - Motor Vehicle Accident
#### NOTICE TO DEFEND

    You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP
#### AVISO
    Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

    LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENT, SI NO TIENE ABOGADO O SINO TIENE ELDINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

**PHILADELPHIA BAR ASSOCIATION**
Lawyer Referral and Information Service
One Reading Center
Philadelphia, PA  19107
(215) 238-1701

Case ID: 130403595

## COMPLAINT IN CIVIL ACTION

1. Plaintiffs, Willie Conyers and Ericka Conyers, are adult individuals, husband and wife, residing at the above-captioned address.

2. Defendant, Amalier Gonzague-Montij, is an adult individual residing at the above-captioned address.

3. Defendant, National Freight, Inc., (hereinafter "NFI") is, upon information and belief, a foreign corporation permitted to conduct business pursuant to the laws of the Commonwealth of Pennsylvania, maintaining a principle place of business and/or registered address for service of process at the above-captioned address.

4. On or about December 14, 2011, and at all times relevant hereto, defendant, Amalier Gonzague-Montij, acted as an agent, servant, workman, employee, driver, and/or other representative of defendant, NFI, and at all times acted in the course and scope of his employment with defendant, NFI, under the direct supervision and control of defendant, NFI, in the furtherance of the business of defendant, NFI, and with the full knowledge, permission and consent of defendant, NFI.

5. On or about December 14, 2011, and at all times relevant herein, defendant, NFI, regularly and continuously conducted business in the City and County of Philadelphia, PA.

6. On or about December 14, 2011, and at all times relevant herein, defendant, Amalier Gonzague-Montij, possessed, controlled and operated a tractor-trailer owned by Defendant, NFI, and involved in the accident hereinafter described.

7. On or about December 14, 2011, Defendant, Amalier

Gonzaque-Montij, was operating the above-described tractor-trailer in the right eastbound lane of I-84 in Tolland, CT, and when at or near Exit 68, he so carelessly and negligently operated said vehicle as to fall asleep at the wheel, suddenly and unexpectedly striking the rear of the vehicle operated by plaintiff, Willie Conyers, who was there and then traveling in the right eastbound lane of I-84 in a careful, cautious and lawful manner.

8.    The collision described in the preceding paragraphs of this Complaint was caused by the carelessness and negligence of the Defendant, Amalier Gonzaque-Montij, both generally and in the following particular respects:

(a)   Failing to observe the vehicle occupied by the plaintiff;

(b)   Failing to maintain a proper lookout;

(c)   Failing to maintain adequate control of the operation of said motor vehicle;

(d)   Operating said motor vehicle at a speed which was excessive under the circumstances;

(e)   Failing to stop said motor vehicle within the assured clear distance ahead;

(f)   Operating said motor vehicle without due regard for the point and position of Plaintiff's motor vehicle; and

(g)   Failing to operate said motor vehicle with due care and regard for the health and safety of Plaintiff.

9.    The aforesaid collision, which caused the plaintiff's injuries and losses, was a direct and proximate result of the negligent and careless conduct of the defendant owner, NFI, which consisted of the following:

a.    failing to exercise due care for the rights, safety and position of the plaintiff at the location of the aforesaid;

b.    failing to maintain the vehicle in proper working order;

c.    negligently and carelessly granting permission to the defendant driver, Amalier Gonzague-Montij, for the use of the vehicle owned by the defendant owner when the latter defendant knew or should have known that the former defendant was incapable or unwilling to properly and safely operate said vehicle.

10.    The defendant owner, NFI, is liable to the plaintiff for the damages suffered as more fully set forth hereinbefore by virtue of the failure to investigate the qualifications and capabilities of the defendant driver, Amalier Gonzague-Montij, to operate the tractor-trailer which the defendant driver was operating at the time of the incident.

## COUNT ONE
### WILLIE CONYERS v. AMALIER GONZAGUE-MONTIJ and NATIONAL FREIGHT, INC.

11.    Plaintiffs incorporate herein by reference paragraphs one through ten of this Complaint as though same were fully set forth at length.

12.    As a result of the Defendants' negligence and the accident caused thereby, Plaintiff, Willie Conyers, sustained severe bodily injuries including, but not limited to, cervical sprain and strain; thoracic sprain and strain; myofascitis of the trapezii; lumbosacral sprain and strain with disc protrusions at L4-L5 and L5-S1; post traumatic cephalgia; multiple bruises, lacerations and abrasions, together with a severe shock to his

Case ID: 130403595

nervous system, some or all of which may be permanent in nature and, as a result, the Plaintiff has suffered and continues to suffer pain and inconvenience as a result of these injuries.

13. As a further result of the foregoing, the Plaintiff has been obliged to receive and under medical attention and care and to incur various expenses for same and he may be obliged to continue to undergo such medical care and to incur such expenses for an indefinite time in the future.

14. As a further result of the foregoing, the Plaintiff has suffered, and will continue to suffer, a severe loss of his earnings and/or impairment of earning capacity or power, which loss and/or impairment has or may exceed the sum recoverable under the limitations in the Pennsylvania Financial Responsibility Law.

15. As a further result of the foregoing, the Plaintiff has suffered in the past, and will continue to suffer in the future, excruciating and agonizing pains, aches, mental anguish, humiliation, disfigurement and limitation and restriction of his usual duties, pursuits and pleasures.

WHEREFORE, Plaintiffs demand judgment against the Defendants, individually, jointly and severally in an amount in excess of Fifty Thousand ($50,000.00) Dollars.

## COUNT TWO
### ERICKA CONYERS v. AMALIER GONZAGUE-MONTIJ and NATIONAL FREIGHT, INC.

16. Plaintiffs incorporate herein by reference paragraphs one through fifteen of this Complaint as though same were fully set forth at length.

Case ID: 130403595

17.   Plaintiff, Ericka Conyers, is the wife of plaintiff, Willie Conyers, and as such, has incurred damages as the result of the negligent and careless acts and/or omissions of the defendant herein.

18.   As a further result of the Defendant's negligence and the injuries thereby caused to her husband as set forth above, Plaintiff has been obliged to expend various sums of money for medical attention and care and for medicines in an attempt to cure her husband of his injuries and will be obliged to expend additional sums of money for the same purpose in the future.

19.   As a further result of the foregoing, Plaintiff has been deprived of her husband's assistance, society and companionship and will continue to be so deprived for an indefinite time in the future.

WHEREFORE, Plaintiffs demand judgment against the Defendants, individually, jointly and severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars.

**KELLY & HERRON, P.C.**

By:_____/s/_____
            KEVIN P. KELLY, ESQUIRE
            Attorney for Plaintiff

Case ID: 130403595

**VERIFICATION**

I, Willie Conyers, hereby state:

1.   I am the Plaintiff in this action;

2.   I verify that the statements made in the foregoing
     Civil Action Complaint are true and correct to the best
     of my knowledge, information and belief; and

3.   I understand that the statements in said pleading are
     subject to the penalties of 18 Pa. C.S. Section 4904
     relating to unsworn falsification to authorities.


     _Willie Conyers_
     WILLIE CONYERS

DATED: 4.22.2013

Case ID: 130403595