```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CONYERS                         :     CIVIL ACTION
                                :
     v.                         :
                                :
                                :
GONZAGUE-MONTIJ, et al          :     NO.13-2662
```

O R D E R

     **AND NOW, TO WIT:** This 11th day of February, 2014, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

     **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                           **MICHAEL E. KUNZ,** Clerk of Court

                                           **BY:/s/** Mark A. Rafferty
                                                         Mark A. Rafferty
                                                         Deputy Clerk

Civ 2 (7/83)
41.1(b)